TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00015-CR






Herman L. Belvin, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT


NO. 2022902, HONORABLE FRANK W. BRYAN, JR., JUDGE PRESIDING






M E M O R A N D U M O P I N I O N



Appellant pleaded guilty to delivering less than one gram of cocaine. See Tex. Health
& Safety Code Ann. § 481.112(a), (b) (West Supp. 2003). The district court adjudged him guilty
and assessed punishment at state jail incarceration for five years, as called for in a plea bargain
agreement. Appellant filed a general notice of appeal.

Appellant's notice of appeal does not comply with former appellate rule 25.2(b)(3),
in effect when he perfected his appeal. See former Tex. R. App. P. 25.2(b)(2) (since amended
effective January 1, 2003). Appellant did not amend the notice of appeal after notice from this
Court. See Tex. R. App. P. 25.2(f), 37.1. Appellant's notice of appeal fails to confer jurisdiction
on this Court. Whitt v. State, 45 S.W.3d 274, 275 (Tex. App.--Austin 2001, no pet.); see also
Cooper v. State, 45 S.W.3d 77, 79 (Tex. Crim. App. 2001).


The appeal is dismissed.



 __________________________________________

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed

Filed: May 8, 2003

Do Not Publish